UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*Chayanne Castillo*

Defendant(s).
--------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )
20 mj 3337

Defendant ___*Chayanne Castillo*___ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

___/s/ Chayanne Castillo by JCM___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Chayanne Castillo___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Jason Ser___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___6/16/2020___
Date

___Judith C. McCarthy___
U.S. District Judge/U.S. Magistrate Judge